AO 91 (Rev. 5/85) Criminal Complaint ⊕

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

# United States District Court

United States District Court
Southern District of Texas
FILED

JAN 2 6 2005

Michael N. Milby
Clerk of Court

Southern _____ DISTRICT OF _____ Texas

UNITED STATES OF AMERICA
V.

Noel Exinia
Cesario Nunez
Jesus Nunez

*Un-SEALED 1/27/05*

## CRIMINAL COMPLAINT

*B-05-38MJ*

CASE NUMBER: (Misc. B-05-003)

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about January 26, 2005 in Cameron County, in the

Southern _____ District of _____ Texas _____ defendant(s) did, (Track Statutory Language of Offense)

The defendants did unlawfully, willfully and knowingly combine, conspire, confederate and agree together with persons known and unknown to possess with intent to distribute cocaine and marijuana.

in violation of Title ____ 21 ____ United States Code, 846 _____

I further state that I am a(n) ___ Special Agent _____ and that this complaint is based on the following
Official Title

facts: The investigation has established that Noel Exinia has been involved in the distribution of cocaine and marijuana since 1998. The investigation indicates that Noel Exinia has been involved in the distribution of cocaine and is believed to transport 125 kilograms of cocaine on a weekly basis. Additionally, Noel Exinia, Cesario Nunez and Jesus Nunez are also involved in the transportation of drug proceeds from the Northeast back to the Rio Grande Valley for the drug trafficking organization. In December 2004, Michigan State Police seized $485,595.00 in drug currency which the investigation indicates that seizure is related to the Noel Exinia drug trafficking organization. Jesus Nunez is a Material Witness to the transportation and protection of the drug proceeds.

Continued on the attached sheet and made a part

☐ Yes ☒ No

George Delaunay
Signature of Complainant

Sworn to before me, and subscribed in my presence,

January 26, 2005
Date

at Brownsvile, Texas
City and State

John William Black, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial