# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Criminal No. 1:05-cr-00083 |
| | § | |
| NOEL EXINIA, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Noel Exinia's ("Defendant") (1) "Motion for Leave to Amend Pleadings Under Fed.R.CV.P. [sic] 15(a)" (Docket No. 388) and (2) correspondence the Court interprets as a "Motion for Reduction of Sentence" (Docket No. 389) (collectively "Defendant's Motions"). The Court previously barred Defendant from filing any pleadings with the Court or with any court subject to the Court's jurisdiction before remitting a $100 sanction to the Clerk of the Court. *See* Docket Nos. 381, 385. Although Defendant paid the sanction in October 2018[1], Defendant continues to file frivolous letters and motions with the Court. The Court's Order (Docket No. 385) warned Defendant that further frivolous filings would result in future sanctions. *See* Docket No. 385 at 1. Thus, the Court **SANCTIONS** Defendant an additional $400 payable to the Clerk of the Court. Defendant is **BARRED** from filing any pleadings with the Court or with any court subject to the Court's jurisdiction until the $400 is paid in full. The Court **AGAIN CAUTIONS** Defendant that further frivolous filings will result in additional sanctions. The Court **DENIES** Defendant's Motions (Docket Nos. 388, 389) **as moot.**

Signed on this 30th day of September, 2019.

Rolando Olvera
United States District Judge

---

[1] Receipt No. BRO006990.